**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **RAYMOND H KIMBLE III #503830** | **CASE NO. 2:25-CV-00554 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S MARSHAL SERVICE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims against Charlotte M. Luckstone and Priscilla Jones are hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers on this 22nd day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**